# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEBASTIAN WIGG,<br><br>　　　　Defendant. | Case No. 2:08-CR-283-KJD<br><br>**ORDER AUTHORIZING PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |

　　　This matter is before the Court on the motion of the United States to authorize payment from the Federal Bureau of Investigation pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, the Federal Bureau of Investigation shall turnover to the Clerk of Court funds held as evidence in the amount of $893.86 for the above named defendant as payment towards the criminal monetary penalties imposed in this case.

　　　Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

　　　　　Clerk of the Court, U.S. District Court
　　　　　333 Las Vegas Boulevard South, Suite 1334
　　　　　Las Vegas, NV 89101

/ / /

Payment shall reference Defendant's name and case number: **SEBASTIAN WIGG / 2:08-CR-283-**RCJ.

**IT IS SO ORDERED**.

Dated: March 11, 2022.

_____
UNITED STATES DISTRICT JUDGE